## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

KOSH KASH CANNADY LOR,     )
                            )

    Petitioner,          )
                            )

v.                      )        Case No. CIV-26-534-R
                            )

SCARLET GRANT, et al.,     )
                            )

    Respondents.

## ORDER

This matter is before the Court for review of the Report and Recommendation [Doc. No. 13] issued by United States Magistrate Amanda L. Maxfield pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Maxfield recommends that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] be dismissed as moot.

The case file shows no timely objection to the Report nor request for an extension of time, even though Plaintiff was expressly informed of his right to object, the procedure for doing so, and the consequences of failing to object. Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996).

The Court adopts the Report and Recommendation in its entirety and, for the reasons stated therein, the Petition for Writ of Habeas Corpus is DISMISSED as moot.

IT IS SO ORDERED this 4th day of May, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE