UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

KOSH KASH CANNADY LOR,               )
                                     )
        Petitioner,                  )
                                     )
v.                                   )        Case No. CIV-26-534-R
                                     )
SCARLET GRANT, et al.,               )
                                     )
        Respondents.                 )

## JUDGMENT

In accordance with the order entered this same date, the Petition for Writ of Habeas

Corpus is dismissed.

ENTERED this 4th day of May, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE